# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1351

_____

COREY LAMAR LOWE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


May 15, 2024


PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236, 1241 (Fla. 2004) (explaining that habeas corpus may not "be used as a means to seek a second appeal or to litigate issues that could have been or were raised in a motion under rule 3.850").

LEWIS, ROWE, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Corey Lamar Lowe, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.